```
          ┌─────────────────────────────────────┐
          │ ___ FILED        ___ RECEIVED        │
  1       │ ___ ENTERED      ___ SERVED ON       │
          │        COUNSEL/PARTIES OF RECORD     │
  2       │                                      │
          │         DEC - 1 2010                 │
  3       │                                      │
          │      CLERK US DISTRICT COURT         │
  4       │       DISTRICT OF NEVADA             │
          │ BY: _____ DEPUTY          │
  5       └─────────────────────────────────────┘
```

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,            )
                                          )
9                 Plaintiff,              )
                                          )
10        v.                              )        2:09-CR-176-RLH (PAL)
                                          )
11   CHLOE ANN TELLES-GACHES,             )
                                          )
12  _____Defendant._____)

13                   **FINAL ORDER OF FORFEITURE**

14        On March 5, 2010, the United States District Court for the District of Nevada entered an

15   Amended Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section

16   981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections

17   982(a)(1) and (b), 1956(c)(7)(A) and 1961(1)(B); and Title 21, United States Code, Section 853(a)(1),

18   (a)(2), and (p), based upon the plea of guilty by defendant CHLOE ANN TELLES-GACHES to

19   criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the

20   United States to have a requisite nexus to the offense to which defendant CHLOE ANN TELLES-

21   GACHES pled guilty.

22        This Court finds the United States of America published the notice of the forfeiture in

23   accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

24   consecutively from March 12, 2010 through April 10, 2010, notifying all known third parties of their

25   right to petition the Court.

26   . . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 982(a)(1) and (b), 1956(c)(7)(A) and 1961(1)(B); and Title 21, United States Code, Section 853(a)(1), (a)(2), (n)(7), and (p) and shall be disposed of according to law:

       a)     One Hewlett Packard Pavilion Laptop, serial number CND42205TD;

       b)     One Lexmark copier/scanner/printer, serial number 07523526561; and

       c)     an *in personam* criminal forfeiture money judgment in the amount of $20,700.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _____/_____ day of ___Dec.___, 2010.

_____
UNITED STATES DISTRICT JUDGE